# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEJANDRO GUACHE VALDEZ,<br><br>Petitioner,<br><br>v.<br><br>WARDEN, CALIFORNIA CITY CORRECTIONAL CENTER,<br><br>Respondent. | Case No. 1:26-cv-04460-JLT-SAB-HC<br><br>ORDER MODIFYING BRIEFING SCHEDULE<br><br>(ECF No. 9) |

Petitioner is a federal immigration detainee proceeding pro se with a petition of writ of habeas corpus pursuant to 28 U.S.C. § 2241.

On June 10, 2026, Petitioner filed a petition for writ of habeas corpus and a motion for temporary restraining order ("TRO"). (ECF Nos. 1, 2.) On June 15, 2026, Respondent filed a response to the petition. (ECF No. 6.) On June 30, 2026, this matter was reassigned. (ECF No. 7.) On July 7, 2026, the district judge denied the motion for TRO as untimely and set a briefing schedule. (ECF No. 9.)

///

///

///

///

///

1

Given that Respondent has already filed a responsive pleading, the Court MODIFIES the briefing schedule (ECF No. 9).  Petitioner MAY file a traverse to Respondent's response (ECF No. 6) within **FOURTEEN (14) days** of the date of service of this order.

IT IS SO ORDERED.

Dated:    **July 7, 2026**

STANLEY A. BOONE
United States Magistrate Judge

2