# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEJANDRO GUACHE VALDEZ,<br>Petitioner,<br>v.<br>WARDEN, CALIFORNIA CITY CORRECTIONAL CENTER,<br>Respondent. | Case No. 1:26-cv-04460-JLT-SAB-HC<br><br>ORDER DIRECTING CLERK OF COURT TO UPDATE PETITIONER'S ADDRESS AND RE-SERVE ORDERS ON PETITIONER AT NEW ADDRESS |

Petitioner is a federal immigration detainee proceeding pro se with a petition of writ of habeas corpus pursuant to 28 U.S.C. § 2241.

On July 13 and July 22, 2026, court orders mailed to Petitioner at the California City Detention Center were returned as undeliverable. A search of the U.S. Immigration and Customs Enforcement Online Detainee Locator System using Petitioner's A-Number indicates that Petitioner is currently detained at the Golden State Annex. See https://locator.ice.gov/odls/#/search (last visited July 28, 2026).

It is Petitioner's responsibility to keep the Court apprised of his current address at all times. Local Rule 183(b). Absent notice of a party's change of address, service of documents at the prior address of the party is fully effective. Local Rule 182(f). However, in the interest of justice, the Court will make an exception and update Petitioner's address sua sponte.

///

Accordingly, the Court HEREBY DIRECTS the Clerk of Court to:

1. Update Petitioner's address to:

   Golden State Annex
   611 Frontage Rd
   McFarland, Aa 93250

2. Re-serve ECF Nos. 7, 8, and 10 on Petitioner at his updated address.

IT IS SO ORDERED.

Dated: **July 28, 2026**

STANLEY A. BOONE
United States Magistrate Judge